RAYMOND G. FORTNER, JR., County Counsel
ROGER H. GRANBO, Assistant County Counsel
JONATHAN McCAVERTY, Deputy County Counsel
STATE BAR NO.: 210922
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1828
Facsimile: (213) 626-2105

Attorneys for Defendants
LUIS CRUZ, YVETTE MATTES and
ALEX GARCIA

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDRICK JONES, | CASE NO. CV 02–6010-CJC (SH) |
| Plaintiff, | [PROPOSED] JUDGMENT ON SPECIAL VERDICT |
| v. | |
| DEPUTY CRUZ et al., | |
| Defendants. | |

This action came on regularly for trial on May 13, 2008, in Courtroom 9B of the above entitled court, the Honorable Cormac J. Carney, Judge presiding. Plaintiff, Edrick Jones, appeared via live video conference and represented himself in propria persona. Defendants' appeared through their attorney Deputy County Counsel Jonathan McCaverty from the Office of County Counsel, County of Los Angeles.

A jury of eight persons was regularly impaneled and sworn to try the action. Witnesses on the part of both plaintiff and the defendants were sworn and examined. After hearing the evidence, the arguments of the parties and instructions of the court, the jury retired to consider their verdict, subsequently returned to court, and

HOA.524189.1

being called, answered to their names and duly rendered their verdict in writing, in a Special Verdict Form as follows:

**Question No. 1**: Did any of the Defendants use excessive force against the Plaintiff?

| Defendant | Yes | No |
|---|---|---|
| Luis Cruz | ___ | <u>X</u> |
| Yvette Mattes | ___ | <u>X</u> |
| Alex Garcia | ___ | <u>X</u> |

If you answered "yes" to Question No. 1 for any of the Defendants, answer Question No. 2. If you answered "no" to Question No. 1 for all Defendants, sign and return this verdict form.

**Question No. 2**: How much should be awarded to Plaintiff to compensate him for any damages sustained?

_____

**Question No. 3**: Do you find that any of the following Defendants acted with malice, oppression or in reckless disregard of Plaintiff's rights?

| Defendant | Yes | No |
|---|---|---|
| Luis Cruz | ___ | ___ |
| Yvette Mattes | ___ | ___ |
| Alex Garcia | ___ | ___ |

Dated: May 13, 2008

By: _____/s/_____
Foreperson

Thereafter, the jury was polled in open court and all eight jurors answered verbally that the preceding was their verdict.

**WHEREFORE**, by virtue of the law and by reason of the premises aforesaid:

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff, Edrick Jones, take nothing by his complaint from defendants' Deputy Luis Cruz, Yvette Mattes and Alex Garcia and that Defendants shall recover their costs and disbursements in the amount of $ _____.

DATED: May 16, 2008

_____
THE HONORABLE
CORMAC J. CARNEY

HOA.524189.1                                -3-